## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. KAUFMAN,

      Plaintiff,

                                JUDGMENT IN A CIVIL CASE

v.

                                Case No. 09-cv-300-bbc

RICK RAEMISCH, QUALA
CHAMPAGNE, CYNTHIA THORPE,
THOMAS BOSTON, MARY MILLER,
PETER HUIBREGTSE, AMY GLEISNER,
DEBRA SHORT and GENA JARR,

      Defendants.

---

      This action came for consideration before the court with DISTRICT JUDGE
BARBARA B. CRABB  presiding.  The issues have been considered and a decision has
been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

By: _Lynn Kamla, Deputy Clerk_           _8·31·09_

Peter Oppeneer, Clerk of Court              Date